UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

K.D.H. (XXX-XX-6886)                    CIVIL ACTION NO. 09-CV-0679

VERSUS

U.S. COMMISSIONER SOCIAL                MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

## J U D G M E N T

For the reasons stated in the Memorandum Ruling issued this date, the

Commissioner's decision to deny benefits is reversed and, pursuant to sentence four of 42

U.S.C. § 405(g), this case is remanded to the Commissioner for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 3rd day of August, 2010.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE